**No. 57576.**—Davies Turner & Co. and Niro Corp. *v.* United States, protest 183786–K (New York).

Opinion by Lawrence, J. In accordance with stipulation of counsel that the merchandise consists of a Niro spray drying unit the same in all material respects as that the subject of *Davies Turner & Co.* and *Niro Corp.* v. *United States* (29 Cust. Ct. 248, C. D. 1477), the claim of the plaintiffs was sustained.